No. 92–702. MISSOURI *v.* PARKER. Sup. Ct. Mo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 92–557. CLARK *v.* POULTON ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Certiorari denied. 

No. 92–558. VALENTEC KISCO, INC. *v.* WILLIAMS. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 92–577. DOPYERA ET AL. *v.* TEXAS STATE DEPARTMENT OF HIGHWAYS AND PUBLIC TRANSPORATION. Sup. Ct. Tex. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 92–600. ADOPTIVE PARENTS OF M. N. M. *v.* M. J. L. Ct. App. D. C. Motion of National Council for Adoption et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 92–626. CATERPILLAR INC. *v.* MICHIGAN DEPARTMENT OF TREASURY, REVENUE DIVISION. Sup. Ct. Mich. Motion of Ashland Oil, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 92–656. HOLLYDAY *v.* RAINEY, CHAIRMAN OF THE BUNCOMBE COUNTY COMMISSIONERS, ET AL. C. A. 4th Cir. Motion of Southern States Police Benevolent Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 92–6015. MINCEY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. JUSTICE BLACKMUN would grant certiorari. 

No. 91–1702. CORTEZ *v.* FIRST CITY NATIONAL BANK OF HOUSTON ET AL., *ante,* p. 815;
No. 91–1784. PRINCE *v.* UNITED STATES, *ante,* p. 816;

No. 91–1799. PACYNA *v.* STONE, SECRETARY OF THE ARMY, *ante,* p. 817;

No. 91–1847. MILLER *v.* BRIGGS ET AL., *ante,* p. 818;

No. 91–2002. U. E. ENTERPRISES, INC., ET AL. *v.* NEW YORK CHINESE TV PROGRAMS, INC., *ante,* p. 827;

No. 91–7408. RICH ET AL. *v.* UNITED STATES, *ante,* p. 832;

No. 91–7563. SHIIMI *v.* HARLANDALE INDEPENDENT SCHOOL DISTRICT, *ante,* p. 832;

No. 91–7697. BROWN *v.* INDIANA, *ante,* p. 833;

No. 91–7760. CROWLEY *v.* PRINCE GEORGE'S COUNTY, MARYLAND, *ante,* p. 833;

No. 91–7797. BOYLES *v.* INDIANA, *ante,* p. 833;

No. 91–8108. MASAT *v.* UNITED STATES, *ante,* p. 835;

No. 91–8238. SHUMATE *v.* NCNB FINANCIAL SERVICES ET AL., *ante,* p. 836;

No. 91–8283. MEDERS *v.* GEORGIA, *ante,* p. 837;

No. 91–8303. FANNY *v.* LEVY ET AL., *ante,* p. 838;

No. 91–8317. TODD *v.* GEORGIA, *ante,* p. 838;

No. 91–8334. MOODY *v.* TEXAS, *ante,* p. 839;

No. 91–8335. CARTER *v.* HARFORD COUNTY CIRCUIT COURT ET AL., *ante,* p. 839;

No. 91–8353. TUDOROV *v.* COLLAZO, *ante,* p. 840;

No. 91–8376. JUNGBLUT *v.* CRIST, WARDEN, *ante,* p. 840;

No. 91–8378. JACOBS ET AL. *v.* DUJMOVIC ET AL., *ante,* p. 840;

No. 91–8387. ASHMUS *v.* CALIFORNIA, *ante,* p. 841;

No. 91–8395. SLEDGE *v.* MEYERS, WARDEN, *ante,* p. 841;

No. 91–8404. JONES *v.* LEWIS ET AL., *ante,* p. 841;

No. 91–8405. EDWARDS *v.* CALIFORNIA, *ante,* p. 841;

No. 91–8429. JACKSON *v.* SOUTH TEXAS COLLEGE OF LAW ET AL., *ante,* p. 842;

No. 91–8487. FROST *v.* OHIO, *ante,* p. 844;

No. 91–8572. CALDWELL *v.* TOM MISTICK & SONS ET AL., *ante,* p. 849;

No. 91–8618. SAYLOR *v.* VIRGINIA, *ante,* p. 852;

No. 91–8638. HAWKINS *v.* CALIFORNIA, *ante,* p. 853;

No. 91–8684. BENNETT *v.* DIRECTOR OF THE VIRGINIA DEPARTMENT OF CORRECTIONS, *ante,* p. 855;

No. 91–8726. GORDON *v.* UNITED STATES, *ante,* p. 858;

No. 91–8732. IN RE JACKSON, *ante,* p. 812;

No. 91–8738. BAUER *v.* UNITED STATES, *ante,* p. 858;

No. 92–38. CHRYSLER CORP. *v.* INTERNATIONAL UNION, ALLIED INDUSTRIAL WORKERS OF AMERICA, AFL–CIO, ET AL., *ante*, p. 908;

No. 92–48. FERMIN *v.* OFFICE OF PERSONNEL MANAGEMENT, *ante*, p. 863;

No. 92–59. IN RE ANDERSON, *ante*, p. 812;

No. 92–186. BARBER *v.* SOMERVILLE HOSPITAL, INC., ET AL., *ante*, p. 869;

No. 92–241. CRAWFORD ET VIR *v.* LEAHY ET AL., *ante*, p. 872;

No. 92–248. MOZEE ET AL. *v.* AMERICAN COMMERCIAL MARINE SERVICE CO., *ante*, p. 872;

No. 92–257. CLARKE *v.* BUTCHER ET AL., *ante*, p. 872;

No. 92–5052. SANTANA DIAZ *v.* UNITED STATES, *ante*, p. 876;

No. 92–5098. BANKS *v.* KAYE, *ante*, p. 879;

No. 92–5111. RUB *v.* FEDERAL LAND BANK OF ST. PAUL, *ante*, p. 880;

No. 92–5118. QAHDAFI *v.* VIRGINIA, *ante*, p. 880;

No. 92–5123. WILLE *v.* LOUISIANA, *ante*, p. 880;

No. 92–5246. JOHNSON *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. (two cases), *ante*, p. 887;

No. 92–5263. DAWN ET UX. *v.* MARGOLIS ET AL., *ante*, p. 888;

No. 92–5289. LAWRENCE *v.* BRADY, SECRETARY OF THE TREASURY, *ante*, p. 889;

No. 92–5301. KIRIENKO *v.* KIRIENKO, *ante*, p. 889;

No. 92–5375. VISCIOTTI *v.* CALIFORNIA, *ante*, p. 893;

No. 92–5378. WILEY *v.* CORRECTIONS CABINET OF KENTUCKY ET AL., *ante*, p. 894;

No. 92–5382. SPIVEY *v.* BRICE-WELLINGTON, *ante*, p. 894;

No. 92–5389. WHITTLESEY *v.* MARYLAND, *ante*, p. 894;

No. 92–5450. OMOIKE *v.* EXXON CO., *ante*, p. 897;

No. 92–5550. BARSTEN *v.* DEPARTMENT OF THE INTERIOR, *ante*, p. 900;

No. 92–5581. MITCHELL *v.* EBERHART, WARDEN, *ante*, p. 922;

No. 92–5586. TWYMAN *v.* ALABAMA, *ante*, p. 923;

No. 92–5605. WINTERS *v.* IOWA STATE UNIVERSITY, *ante*, p. 923;

No. 92–5650. BEVERLY ET UX. *v.* UNITED STATES, *ante*, p. 902; and

No. 92–5681. KOT *v.* PATERNOSTER ET AL., *ante*, p. 943. Petitions for rehearing denied.